**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

JARVIN ANTONIO BARRIOS CHAN

Petitioner,

v.

ACTING WARDEN ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

Case No. 5:26-cv-04820-ACCV

**ENTRY OF JUDGEMENT UNDER 28 U.S.C. § 2241**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 2241, the Petition for Writ of Habeas Corpus in this action is granted and judgment entered by the Court, without requiring any further proceedings and consistent with the reasons and findings set forth in the Court's September 24, 2026, Order Granting Petition for Writ of Habeas Corpus.

DATED: September 25, 2026

HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge